No. 01–6910.  HUDDLESTON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–6911.  BROWN v. UNITED STATES.  C. A. Armed Forces. Certiorari denied.

No. 01–6921.  TOBIN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 01–6929.  BAXTER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 01–6933.  WATSON v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 01–6947.  BATTLE v. BURGESS, ASSOCIATE JUDGE, SUPERIOR COURT OF THE DISTRICT OF COLUMBIA.  Ct. App. D. C. Certiorari denied.

No. 01–6954.  MENDOZA-RIVAS, AKA MENDOZA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6956.  MACEDO-MOLINA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–6961.  KAIMANA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–6964.  JONES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6967.  DWYER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–6975.  PARKER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–6988.  RIMPSON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 01–6997.  CORPUS-HOOKER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–6999.  COOK v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.